IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE ARI, | No. C 07-6168 WHA (PR) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| DEBORAH L. PATRICK, Warden, | |
| Respondent. | |

Pursuant to the court's order entered today, a judgment of dismissal without prejudice is hereby entered. Plaintiff shall receive no relief by way of her petition.

**IT IS SO ORDERED.**

Dated: December  7 , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\ARI6168.JUD.wpd